UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON**,<br><br>      Plaintiff,<br><br>  v.<br><br>**CARAMIA PALLOTTA;**<br>**HENRY PALLOTTA**, and Does 1-10,<br><br>      Defendants, | **Case No**. 2:14-CV-00940-JAM-AC<br><br>ORDER TO EXTEND DATE FOR FILING DISMISSAL |

Pursuant to the stipulation between Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendants CARAMIA PALLOTTA and HENRY PALLOTTA ("Defendants"), the deadline to file dismissal documents in this matter has been extended from August 3, 2015 to September 1, 2015.

IT IS SO ORDERED.


Dated: 7/30/2015          /s/ John A. Mendez_____
                                     John A. Mendez
                                     U. S. District Court Judge