**MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**
Stephanie Y. Wu, SBN 268948
1125 I Street, Suite 1
Modesto, California 95354
Telephone:     (209) 524-1100
Facsimile:     (209) 524-1188
stephanie.wu@mccormickbarstow.com

*Attorneys for Defendants,*
Caramia Pallotta and Henry Pallotta

**CENTER FOR DISABILITY ACCESS**
Mark Potter, SBN 166317
Phyl Grace, Esq., SBN 171771
Christopher Seabock, SBN 279640
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

*Attorneys for Plaintiff,*
Scott Johnson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>     Plaintiff,<br><br>   v.<br><br>CARAMIA PALLOTTA; HENRY PALLOTTA and DOES 1-10,<br><br>     Defendants. | Case No. 2:14-CV-00940-JAM-AC<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br>**[FRCP 41(a)(1)]**<br><br><br>The Hon. John A. Mendez |

### **STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto that this action, in its entirety, shall be dismissed with prejudice as to all parties, pursuant to Fed. R. Civ. P. Rule 41(a)(1), with each party to bear its own attorneys' fees and costs. This

stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 8, 2015          McCORMICK, BARSTOW, SHEPPARD,
                                         WAYTE & CARRUTH LLP


                                  By: /s/ Stephanie Y. Wu
                                      Stephanie Y. Wu
                                      *Attorneys for Defendants*
                                      CARAMIA PALLOTTA AND HENRY PALLOTTA

Dated: September 8, 2015          CENTER FOR DISABILITY ACCESS


                                  By: /s/ Phyl Grace
                                      Phyl Grace
                                      *Attorneys for Plaintiff*
                                      SCOTT JOHNSON

**ORDER**

  This action, in its entirety, is hereby ordered dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: 9/9/2015     /s/ John A. Mendez_____
           HONORABLE JOHN A. MENDEZ
           UNITED STATES DISTRICT COURT JUDGE